120 P.3d 277

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**September 22, 2005**

| 25796 | Yee Hop Realty, Ltd. v. Lee Lau Sam Moi | Affirmed |

**September 26, 2005**

| 26177 | Wallen v. Wallen | Affirmed |
| 26451 | Williams v. Molokai Ranch, Ltd. | Affirmed |

**September 28, 2005**

| 26797 | Ancheta v. Ancheta | Affirmed |
| 25792 | State v. Kahale | Affirmed |
| 26460 | State v. Zulueta | Affirmed |

**September 30, 2005**

| 26422 | Doe v. Doe | Affirmed |

**October 6, 2005**

| 26254 | State v. Feldstein | Affirmed |
| 26380 | State v. Harlan | Affirmed |

**October 7, 2005**

| 26098 | State v. Rosa | Affirmed |